

# Fourth Court of Appeals
## San Antonio, Texas

October 7, 2015

No. 04-15-00344-CR

Juan Ruben **SANCHEZ CERDA,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. 14-CRS-372
Honorable J.R. "Bobby" Flores, Judge Presiding

## O R D E R

Appellant's brief was due September 11, 2015, but it was not filed. This court notified appellant's counsel of the deficiency by letter on September 17. *See* TEX. R. APP. P. 38.8(b)(2). Counsel has responded by filing a motion for extension of time to file the appellant's brief.

We **grant** the motion and order appellant's attorney, J.M. "Chuy" Alvarez, to file the brief by **November 10, 2015** (60 days after the original due date). Counsel is advised that no further extensions of time will be granted absent a motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. If the brief or a conforming motion is not filed by the date ordered, the court may abate this appeal and remand the case to the trial court for a hearing to determine whether appellant or counsel has abandoned the appeal.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of October, 2015.

_____
Keith E. Hottle
Clerk of Court